JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

6/23/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE M. PEREA, ) | NO. CV 14-9838-JFW (AS) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| W.L. MONTGOMERY, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 23, 2015.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE